175 A.3d 158

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN D. WALSH, DEFENDANT–PETITIONER.

C–248 September Term 2017
079354

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003033–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

175 A.3d 158

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. KEVIN WRIGHT, DEFENDANT–PETITIONER.

C–260 September Term 2017
079938

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000791–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.